1

Honorable Robert S. Lasnik

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

| | |
|---|---|
| JESPER DAHL, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>TRANS-TRADE BROKERS, INC.,  a Texas corporation f/k/a TRANS-TRADE, INC., MILESTONE PARTNERS L.P., a Pennsylvania corporation, BRAD SKINNER, an individual, ERIC ANDERSON, an individual, SCOTT BRINKS, an individual, PAUL BLONDIN, an individual, and JOHN DOES 1-10,<br><br>                Defendants. | NO. 2:11-CV-01993-RSL<br><br>STIPULATION AND ORDER STAYING LAWSUIT |
| TRANS-TRADE BROKERS, INC.,  a Texas corporation f/k/a TRANS-TRADE, INC.,<br><br>            Counterclaim Plaintiff<br><br>    v.<br><br>JESPER DAHL, an individual,<br><br>            Counterclaim Defendant | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BRESKIN | JOHNSON | TOWNSEND PLLC
1111 Third Avenue, Suite 2230
Seattle, Washington 98101  Tel: 206-652-8660

**STIPULATION**

By and through their counsel, the parties in this lawsuit hereby stipulated as follows:

1.     The parties have entered into a settlement agreement to dismiss all claims in this lawsuit subject to certain terms and conditions.

2.     The settlement agreement provides for certain structured payments which are scheduled to be completed on or before March 3, 2013.

3.     The settlement agreement provides that the parties shall mutually advise the Court as set forth herein and request that the Court stay the litigation until such time as all payments under the agreement have been made or either party requests that they stay be lifted.

4.     The parties respectfully request that the Court maintain jurisdiction over this matter and, in the event that the stay is lifted due to a breach of the settlement agreement, the parties may (after notice) elect to resume the Litigation and proceed from September 24, 2012.

The parties so stipulate.

DATED this 29th day of October, 2012.


BRESKIN JOHNSON & TOWNSEND PLLC

By /s/ Roger M. Townsend
Roger Townsend, WSBA No. 25525
Attorney for Plaintiff/Counterclaim
Defendant Dahl

DAVIS WRIGHT TREMAINE LLP

By:   /s/Gillian Murphy
Gillian Murphy, WSBA # 37200
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Attorney for Defendant/Counterclaim
Plaintiffs

1

## ORDER

It is so ordered.  The clerk of the Court is directed to take this case off the active calendar.  In the event that no future notice is received on or before April 1, 2013, this case shall be dismissed with prejudice.

Dated this 30th day of October, 2012.


*MnR S Lasnik*

United States District Judge
Honorable Robert S. Lasnik

STIPULATION AND ORDER STAYING
LAWSUIT - 3
(NO. 2:11-CV-01993-RSL)